# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:00cv261

| | |
|---|---|
| THOMAS MARSHALL REDDING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JAMES A CHRISTIAN, Dir./EEO OFFICER ) | |
| ASHEVILLE VA MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's "Motion Review." Plaintiff is advised that this case was disposed of by way of Memorandum of Decision and Judgment entered July 19, 2001, which is more than six years ago. Inasmuch as this case has been terminated by a final judgment as to which the time for appeal has well run, including the time in which a court could "reopen" the time for appeal, there is no relief or review which this court - - or any court - - can provide. See Rules 4(a)(1)(B) and 4(a)(6).

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's "Motion Review (#20) is **DENIED** as time barred.

Signed: September 26, 2007

_Dennis L. Howell_

Dennis L. Howell
United States Magistrate Judge